### Phillip D. WILLIAMS, Plaintiff–Appellant

v.

### Artis Ray HOBBS, Director, Arkansas Department of Correction, Defendant–Appellee.

### No. 12–1840.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 17, 2013.

Filed: June 7, 2013.

Before BYE and MELLOY, Circuit Judges, and KOPF,[1] District Judge.

### PER CURIAM.

Phillip Williams appeals the district court's dismissal of his habeas corpus peti-

tion as untimely. The issue before this Court is whether the district court properly determined that Williams is not entitled to equitable tolling. However, this issue is now moot after the U.S. Supreme Court's decision in *McQuiggin v. Perkins,* No. 12–126, 569 U.S. ——, 133 S.Ct. 1924, —— L.Ed.2d —— (2013), as Williams asserted newly discovered evidence of actual innocence as the primary ground for his petition. Therefore, we remand to the district court for a determination as to whether Williams's new evidence meets the "demanding" actual-innocence standard.[2] *Id.* at ——, 133 S.Ct. 1924.

---

1. The Honorable Richard G. Kopf, United States District Court for the District of Nebraska, sitting by designation.

2. We recognize that the magistrate judge indicated in a footnote that he doubted that Williams met the actual-innocence standard. However, the district court did not discuss this finding and did not rely on this finding in its decision.